AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Central District of California

| | |
|---|---|
| CREE, INC., a North Carolina Corporation, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 2:15-cv-09169 |
| TOMTOP GROUP LIMITED, a California Corporation; | ) |
| XINHUI LIAOA aka MIKE LIAO, an individual; and | ) |
| DOES 1-10, inclusive, | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TOMTOP GROUP LIMITED, 14273 E. Don Julian Road, City of Industry, CA  91746
XINHUI LIAO aka MIKE LIAO, 14273 E. Don Julian Road, City of Industry, CA  91746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHNSON & PHAM, LLP
Christopher D. Johnson, Esq.
Christoper Q. Pham, Esq.
Marcus F. Chaney, Esq.
6355 Topanga Canyon Blvd., Ste. 326
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*