POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> CHRISTOPHER D. JOHNSON (Bar #: 222698) <br> JOHNSON & PHAM, LLP <br> 6355 TOPANGA CANYON BLVD, SUITE 326 <br> WOODLAND HILLS, CA 91367 <br> TELEPHONE NO.: 818-888-7540   FAX NO. (Optional): 818-888-7544 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff(s) | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT <br> 312 N. SPRING STREET <br> LOS ANGELES, CALIFORNIA 90012 <br> CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: CREE, INC ET. AL., <br> DEFENDANT/RESPONDENT: TOMTOP GROUP LIMITED ET. AL., | CASE NUMBER: <br> 2:15-CV-09169 DDP (AFMx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [XX] summons
   b. [XX] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [XX] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [XX] other *(specify documents):* REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CORPORATE DISCLOSURE STATEMENT; NOTICE OF ASSIGNMENT TO US JUDGES;

3. a. Party served *(specify name of party as shown on documents served):*
      TOMTOP GROUP LIMITED, A CALIFORNIA CORPORATION

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      PATRICK LIU (AGENT FOR SERVICE)

4. Address where the party was served: 14273 E. DON JULIAN ROAD
   La Puente, CA 91746

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*
   b. [XX] by substituted service. On *(date):* 12/08/2015 at *(time):* 1:37 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      JOE WU PERSON IN CHARGE
      Desc: Sex:Male- Age:28- Skin:Asian - Hair:Black - Height:5'8" - Weight:160
      (1) [XX] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [XX] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 12/08/2015 from *(city):* LOS ANGELES, CA    or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10

| PLAINTIFF/PETITIONER: CREE, INC ET. AL., | CASE NUMBER: 2:15-CV-09169 DDP (AFMx) |
|---|---|
| DEFENDANT/RESPONDENT: TOMTOP GROUP LIMITED ET. AL., | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*            (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* TOMTOP GROUP LIMITED, A CALIFORNIA CORPORATION
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                            ☐ other:

7. Person who served papers
   a. Name: RIGO TELLEZ         EServe
   b. Address: 624 Broadway, Ste 303, San Diego, CA 92101
   c. Telephone number: 619-866-4315
   d. The fee for service was: $73.75
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor.
         (ii) Registration No.: LA2014283953
         (iii) County: LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/16/2015

RIGO TELLEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**            Page 2 of 2