POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>CHRISTOPHER D. JOHNSON (Bar #: 222698)<br>JOHNSON & PHAM, LLP<br>6355 TOPANGA CANYON BLVD, SUITE 326<br>WOODLAND HILLS, CA 91367<br>TELEPHONE NO.: 818-888-7540   FAX NO. *(Optional)*: 818-888-7544<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff(s) | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>312 N. SPRING STREET<br>LOS ANGELES, CALIFORNIA 90012<br>CENTRAL DISTRICT OF CALIFORNIA | |
| • PLAINTIFF/PETITIONER: CREE, INC ET. AL.,<br>DEFENDANT/RESPONDENT: TOMTOP GROUP LIMITED ET. AL., | CASE NUMBER:<br>2:15-CV-09169 DDP (AFMx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [XX] summons
   b. [XX] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [XX] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [XX] other *(specify documents)*: REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CORPORATE DISCLOSURE STATEMENT; NOTICE OF ASSIGNMENT TO US JUDGES;
3. a. Party served *(specify name of party as shown on documents served)*:
   XINHUI LIAO AKA MIKE LIAO, AN INDIVIDUAL

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:   14273 E. DON JULIAN ROAD
   La Puente, CA 91746
5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:           (2) at *(time)*:
   b. [XX] by substituted service. On *(date)*: 12/11/2015   at *(time)*: 4:00 PM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   JOE WU PERSON IN CHARGE
   Desc: Sex:Male- Age:28- Skin:Asian - Hair:Black - Height:5'8" - Weight:160
   (1) [XX] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [XX] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 12/11/2015   from *(city)*: LOS ANGELES, CA   or [ ] a declaration of mailing is attached.
   (5) [XX] I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: CREE, INC ET. AL., | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TOMTOP GROUP LIMITED ET. AL., | 2:15-CV-09169 DDP (AFMx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt*.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
   a. Name: RIGO TELLEZ    EServe
   b. Address: 624 Broadway, Ste 303, San Diego, CA 92101
   c. Telephone number: 619-866-4315
   d. The fee for service was: $53.75
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ a registered California process server:
        (i) ☐ owner ☐ employee ☒ independent contractor.
        (ii) Registration No.: LA2014283953
        (iii) County: LOS ANGELES

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/16/2015

RIGO TELLEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶ *(signature)*

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

CREE, INC ET. AL.,

                    Plaintiff(s),              Case No.: **2:15-CV-09169 DDP (AFMx)**

v.

TOMTOP GROUP LIMITED ET. AL.,          DECLARATION OF DILIGENCE

                 Defendant(s).

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES    ss.

**RIGO TELLEZ, being first duly sworn deposes and says:**

I received: **Summons; Complaint; Civil Case Cover Sheet; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CORPORATE DISCLOSURE STATEMENT; NOTICE OF ASSIGNMENT TO US JUDGES**; on 12/03/2015 at 11:43 AM and I was unable to effect personal service upon

**XINHUI LIAO AKA MIKE LIAO, AN INDIVIDUAL**

The following attempts at service were made:

| Date/Time | Address | Remarks |
|---|---|---|
| 12/08/2015-1:37 PM | 14273 E. DON JULIAN ROAD La Puente, CA 91746 | UNAVAILABLE |
| 12/10/2015-8:55 AM | 14273 E. DON JULIAN ROAD La Puente, CA 91746 | UNAVAILABLE |
| 12/11/2015-4:00 PM | 14273 E. DON JULIAN ROAD La Puente, CA 91746 | UNAVAILABLE |

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

X _____
RIGO TELLEZ
EServe
624 Broadway, Ste 303
San Diego, CA 92101
619-866-4315